UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DWAYNE DARRELL BOWENS, SR.,

                          Plaintiff,

                                                        DECISION AND ORDER

                                                        07-CV-6460L

                 v.

SPX CORPORATION,

                          Defendant.
_____


    Plaintiff, Dwayne Darrell Bowens, Sr. ("Bowens"), moved to dismiss the action as a sanction

for the alleged failure of defendant to comply with an order of United States Magistrate Judge

Jonathan W. Feldman (Dkt.#29).  Plaintiff's motion's is in all respects denied.

    The parties are directed to contact Magistrate Judge Feldman for a conference to resolve

some of the remaining discovery issues in the case.

    Defendant's request that the Court sanction plaintiff and impose costs and attorney's fees is

denied at this time, without prejudice.  Plaintiff is, however, reminded that such sanctions may be

awarded, upon a proper showing, for the frivolous, burdensome or otherwise unnecessary filings

which are made to harass an opponent.

    IT IS SO ORDERED.


                                        _____
                                              DAVID G. LARIMER
                                            United States District Judge


Dated: Rochester, New York
         July 2, 2008.